1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | LAUREL D. WHITE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

**FILED**

APR 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



5

6 | # SEALED

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     )
                                 )  CR NO.
12 |           Plaintiff,         )
                                 )
13 |      v.                      )  2:09- CR  0 1 8 5 LKK
                                 )
14 |           Defendant.         )
                                 )
15

16 | SEALING ORDER

17 | Upon Application of the United States of America and good

18 | cause having been shown,

19 | IT IS HEREBY ORDERED that the documents in the above

20 | referenced case shall be sealed until the arrest of the defendant

21 | or until further order of the Court.

22 | DATED: April _16_, 2009

23 |                              _Dale A. Dyd_

24 |                              HONORABLE DALE A. DROZD
                                 U.S. Magistrate Judge

25

26

27

28