```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  NATHAN ALLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-0185-LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| NATHAN ALLEN, | ) Date: June 23, 2009 |
| | ) Time: 9:15 A.M. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, LAUREL WHITE, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 19, 2009 be vacated and a new date of June 23, 2009 at 9:15 a.m. be set for a status conference.

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed to between the parties that from the date of this stipulation to June 23, 2009, time should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate

and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code T4).

Dated: May 13, 2009  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

 /s/ Dennis S. Waks 
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
NATHAN ALLEN

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 13, 2009

/S/ Dennis S. Waks for 
LAUREL WHITE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 15, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT