```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  NATHAN ALLEN

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,     ) No. CR-S-09-0185-LKK
10                                )
                  Plaintiff,      )
11                                ) STIPULATION AND ORDER
         v.                       )
12                                )
    NATHAN ALLEN,                 ) Date:  August 4 2009
13                                ) Time:  9:15 A.M.
                                  ) Judge: Hon. Lawrence K. Karlton
14                                )
                  Defendant.      )
15  _____ )
```

16         IT IS HEREBY STIPULATED by and between the parties through their

17  respective counsel, LAUREL D. WHITE, Assistant United States Attorney,

18  attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

19  Federal Defender, attorney for defendant, that the current Status

20  Conference date of June 23, 2009 be vacated and a new date of August 4,

21  2009 at 9:15 a.m. be set for a status conference.

22         Defense counsel needs additional time to prepare, to review the

23  discovery, and to interview witnesses.

24         It is further stipulated and agreed to between the parties that

25  from the date of this order to August 4, 2009, time should be excluded

26  within which the trial of the above criminal prosecution must commence

27  for purposes of the Speedy Trial Act.  All parties stipulate and agree

28

that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code T4).

Dated: June 18, 2009                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                         /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        NATHAN ALLEN


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: June 18, 2009
                                        /S/ Dennis S. Waks for
                                        LAUREL D. WHITE
                                        Assistant U.S. Attorney

                            **ORDER**

   **IT IS SO ORDERED.**

DATED: June 22, 2009

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2