DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NATHAN ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S. 09-0185-LKK |
| ) | |
| Plaintiff, ) | ORDER AFTER HEARING |
| ) | |
| v. ) | Date:  August 25 2009 |
| ) | Time:  9:15 A.M. |
| NATHAN ALLEN, ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    This matter came before the Court for Status Conference on August 4, 2009, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government, represented by its counsel, Assistant United States Attorney Laurel White, defense counsel for Nathan Allen, Supervising Assistant Federal Defender Dennis S. Waks and the defendant were present.

    Defense counsel requested that the matter be set for a status conference on August 25, 2009 at 9:15 a.m.

    IT IS HEREBY ORDERED that this matter be set for a status conference on August 25, 2009 at 9:15 a.m.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4), the period

1  from the date of this order through and including August 25, 2009 is
2  excluded from the time computations required by the Speedy Trial Act
3  due to ongoing preparation of counsel.
4  DATED: August 17, 2009

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```