```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   2:09-CR-00185-LKK
                                  )
12          Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14  NATHAN ALLEN,                 )
                                  )
15          Defendant.            )
                                  )
16
```

17       WHEREAS, on December 8, 2009, this Court entered a
18  Preliminary Order of Forfeiture pursuant to the provisions of 18
19  U.S.C. § 2253, based upon the plea agreement entered into between
20  plaintiff and defendant Nathan Allen forfeiting to the United
21  States the following property:
22          a)   E-Machine T2984, s/n XAT4A20034822;
23          b)   Sharp Monitor LC-32D4OU, s/n 605841304; and
24          c)   Six (6) computer disks.
25       AND WHEREAS, beginning on January 23, 2010, for at least 30
26  consecutive days, the United States published notice of the
27  Court's Order of Forfeiture on the official internet government
28  forfeiture site www.forfeiture.gov.  Said published notice

1  advised all third parties of their right to petition the court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;
5      AND WHEREAS, the Court has been advised that no third party
6  has filed a claim to the subject property, and the time for any
7  person or entity to file a claim has expired.
8      Accordingly, it is hereby ORDERED and ADJUDGED:
9      1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 2253, to be
12 disposed of according to law, including all right, title, and
13 interest of Nathan Allen.
14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the United States of America.
16     3.  The U.S. Marshals Service shall maintain custody of and
17 control over the subject property until it is disposed of
18 according to law.
19     SO ORDERED this   26th   day of   March  , 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT