1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Exec. Asst. U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-S 09-185-LKK
                                     )
12                                   )  ORDER TO REDUCE DEFENDANT'S
                         Plaintiff,  )  SENTENCE PURSUANT TO RULE 35 OF
13                                   )  THE FEDERAL RULES OF CRIMINAL
    v.                               )  PROCEDURE.
14                                   )
                                     )
15  NATHAN ALLEN,                    )
                                     )
16                                   )
                         Defendant.  )
17  _____)

18        On November 23, 2010, the United States of American, represented

19  by United States Attorney Benjamin B. Wagner and Executive Assistant

20  U.S. Attorney Laurel D. White, moved to reduce defendant Nathan

21  ALLEN's sentence from 160 months to 130 months, pursuant to Rule

22  35(b) of the Federal Rules of Criminal Procedure.  The government's

23  motion was based on the additional assistance defendant ALLEN has

24  provided to the government.  For the reasons set forth in the

25  Government's Motion and the Defendant's Stipulated Agreement with the

26  Government's Motion filed November 23, 2010, and for good cause

27  appearing, the Court grants the government's motion and hereby orders

28

**Order To Reduce Defendant's Sentence
Pursuant to Fed.R.Crim.P 35**          1

that the defendant's 160-month term of imprisonment, previously imposed by this Court, be reduced to 130 months.  The amended judgement shall reflect the new term of 130 months imprisonment.  All other terms of the original judgement shall remain in effect.

**IT IS SO ORDERED.**

Date: November 30, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT