```
PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00185-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | |
| NATHAN ALLEN, | |
| Defendant. | DATE: June 24, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Linda Harter, counsel for defendant Nathan Allen, that the admit/deny hearing scheduled for June 24, 2024, be continued to **July 1, 2024, at 9:00 a.m.**

Defense counsel requires additional time to complete the review of discovery and investigation. The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case. Accordingly, the parties request that the admit/deny hearing in this matter be reset for July 1, 2024.

///

1

                                          Respectfully submitted,

Dated: June 18, 2024                           PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ WHITNEE GOINS
                                           WHITNEE GOINS
                                           Assistant United States Attorney

Dated: June 18, 2024                           /s/ LINDA HARTER
                                           LINDA HARTER
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           NATHAN ALLEN

## O R D E R

**IT IS HEREBY ORDERED** that the Admit/Deny hearing currently scheduled for June 24, 2024, at 9:00 a.m. is continued to **July 1, 2024, at 9:00 a.m.**

Dated: June 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE