UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

JUL 18 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **NATHAN ALLEN,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:09CR185-01 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **NATHAN ALLEN** Case 2:09CR185-01 WBS from custody for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    \_   Unsecured bond

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    **X**   (Other)  **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on July 18, 2024 at 10:30 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing