1  PHILLIP A. TALBERT
   United States Attorney
2  Joseph Douglas Harman
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:09-CR-00185-WBS

12                    Plaintiff,          STIPULATION REGARDING CONTINUANCE OF
                                          DISPOSITION HEARING; FINDINGS AND
13            v.                          ORDER

14  NATHAN ALLEN,                         DATE: January 6, 2025
                                          TIME: 10:00 a.m.
15                    Defendant.          COURT: Hon. William B. Shubb

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant Paul

19  Matson, by and through his counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for an admit/deny hearing on January 6, 2025.

21        2.      By this stipulation, the defendant now moves to continue the admit/deny hearing until

22  **January 27, 2025 at 10:00am**.

23        3.      The defendant has experienced several mental health episodes while in prison, and has

24  declined to cooperate with mental health evaluations.  Defense requests more time to convince

25  defendant to cooperate with mental health evaluations in order to assist with a disposition and proper

26  plans for supervision in the future. Probation also wishes for more mental health evaluation to gain a

27  fuller understanding of defendant's mental health challenges and facilitate proper supervision where

28  serious health problems are present.

1       4.     Neither the assigned probation officer nor the attorney for the government oppose the

2 requested continuance.

3

4      IT IS SO STIPULATED.

5

6

7 Dated:  December 19, 2024                PHILLIP A. TALBERT
                                    United States Attorney

8

9                                     /s/ *Joseph Douglas Harman*
                                    JOSEPH DOUGLAS HARMAN

10                                  Assistant United States Attorney

11

12 Dated:  December 19, 2024                /s/ *Douglas Beevers*
                                    DOUGLAS BEEVERS

13                                  Counsel for Defendant

14                                  Nathan Allen

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2 **ORDER**

3    **IT IS SO ORDERED** that the Disposition Hearing currently scheduled for January 6, 2025 is

4 hereby continued to **January 27, 2025 at 10:00 a.m.**

5 Dated:  December 19, 2024

6 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28