MICHELE BECKWITH
Acting United States Attorney
Joseph Douglas Harman
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00185-WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; FINDINGS AND ORDER |
| v. | |
| NATHAN ALLEN, | DATE: January 27, 2025<br>TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Nathan Allen, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a disposition hearing on January 27, 2025.

2. By this stipulation, the government now moves to continue the disposition hearing until February 10, 2025 at 10:00am.

3. Defense counsel has recently experienced a family emergency necessitating counsel leave town for a few weeks to care for a family member. Defense counsel will be unavailable for the currently scheduled date due to this family emergency and also requests further time to prepare for the hearing in light of this family issue.

///

///

STIPULATION RE CONTINUANCE OF DISPOSITION HEARING

1

4.   There are no objections to the requested continuance.

IT IS SO STIPULATED.

Dated:  January 14, 2025                           MICHELE BECKWITH
                                                   Acting United States Attorney

                                                   /s/ *Joseph Douglas Harman*
                                                   JOSEPH DOUGLAS HARMAN
                                                   Assistant United States Attorney

Dated:  January 14, 2025                           /s/ *Douglas Beevers*
                                                   DOUGLAS BEEVERS
                                                   Counsel for Defendant
                                                   Nathan Allen

## ORDER

**IT IS SO ORDERED** that the Disposition Hearing currently scheduled for January 27, 2025 is hereby continued to February 10, 2025 at 10:00 a.m.

Dated:  January 14, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE OF DISPOSITION HEARING                    2